**Order entered August 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01020-CV

## JERRY GRISAFFI, Appellant

## V.

## ROCKY MOUNTAIN HIGH BRANDS, INC. F/K/A REPUBLIC OF TEXAS BRANDS, INC., Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-15441

## ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Nowell

Based on the Court's opinion of this date, we **AFFIRM** the trial court's March 6, 2019

order setting the amount of bond and **LIFT** the stay granted by our March 28, 2019 order.

/s/ ERIN A. NOWELL
   JUSTICE